# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH HOGUE, | Case No. 2:17-cv-03107-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 1) |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant(s). | |

Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis.* Docket No. 1. In determining whether to permit a plaintiff to proceed *in forma pauperis*, the Court evaluates the income and assets to which the plaintiff has access, including those of her spouse. *See, e.g., Flores v. Colvin*, 2014 U.S. Dist. Lexis 93236, at *3-4 (D. Nev. May 22, 2014) (collecting cases). "If the plaintiff is supported by her spouse, and her spouse is financially able to pay the costs of this appeal, it follows that the plaintiff's own lack of funds will not prevent her from gaining access to the courts." *Monti v. McKeon*, 600 F. Supp. 112, 114 (D. Conn. 1984). The pending application makes clear that Plaintiff's spouse's income of $1342 more than covers their monthly expenses, but the application fails to adequately explain the amount of those monthly expenses and any excess income. Docket No. 1 at 2. Similarly, it is not clear to the Court if the lack of assets identified in the application (including no cash currently on hand) accounts for assets held by the spouse that are accessible to Plaintiff. *See id.* Accordingly, the application to proceed *in forma pauperis* is **DENIED** without prejudice.

Any renewed application to proceed *in forma pauperis* must be made on **the long form** (AO 239) to ensure that both Plaintiff's and her spouse's income, assets, and liabilities are properly considered. Any such application shall be filed by January 18, 2018. Alternatively, Plaintiff may pay the filing fee by January 18, 2018.

IT IS SO ORDERED.

Dated: January 4, 2018

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE