**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
**JOSHUA R. HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH HOGUE, <br><br> Plaintiff, <br><br> vs. <br><br> Commissioner Of Social Security Administration, <br><br> Defendant. | Case No. 2:17-cv-03107-GMN-NJK <br><br> **FIRST STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND** |

Comes now Plaintiff, by and through her attorney, JOSHUA HARRIS, ESQ., and requests a thirty (30) business day extension of time, to file the **MOTION TO FOR REMAND,** up to and including May 19, 2018.

Plaintiff's current deadline to file the **MOTION FOR REMAND** is April 19, 2018.

The Appellate Attorney Writer has to travel across the country on short notice for a Ninth Circuit argument in another case, necessitating this extension.

Via email, opposing counsel agreed to the Request and has no objection to the extension.

It is therefore respectfully requested that Plaintiff be granted a thirty (30) calendar day extension of time to file the **MOTION FOR REMAND** up to and including May 19, 2018.

DATED this 18th day of April, 2018.

/s/ *Joshua Harris*

**JOSHUA HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
Attorney for Plaintiff

DATED this 18th day of April, 2018.

/s/ *Marcelo N Illarmo*

**MARCELLO N ILLARMO**
(MABN 670079)
Special Assistant United States Attorney
160 Spear St., Ste 800
San Francisco, CA 94105
415-977-8944
Fax: 415-744-0134
Email: marcelo.illarmo@ssa.gov
Attorney for Defendant

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: April 19, 2018