1  DAYLE ELIESON
   Acting United States Attorney
2  District of Nevada
   Nevada Bar No. 2137
3  MARCELO ILLARMO, MABN 670079
   Special Assistant United States Attorney
4  160 Spear Street, Suite 800
5  San Francisco, California 94105
   Telephone: (415) 977-8944
6  Facsimile: (415) 744-0134
   E-Mail: Marcelo.Illarmo@ssa.gov
7  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEBORAH HOGUE | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:17-cv-03107-GMN-NJK |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST) |
| Defendant. | ) |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her response to Plaintiff's Motion for Remand, due on June 18, 2018 by 30 days, through and including July 18, 2018.

Defendant respectfully requests this additional time because additional time is needed to analyze Plaintiff's arguments and review the defensibility of the case. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on June 18, 2018.

Dated: June 18, 2018.

Respectfully submitted

DAYLE ELIESON
Acting United States Attorney

*/s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 19, 2018